STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426
StanM@Mallisonlaw.com
HectorM@Mallisonlaw.com

Attorneys for PLAINTIFFS

PHILLIP J. ESKENAZI (SBN 158976)
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2149
Facsimile: (213) 312-4769
peskenazi@hunton.com

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK WONG and CARLOS SUAREZ, individually and on behalf of a class of similary situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br><br>GOLDEN STATE SUPPLY, INC. (a California Corporation); GENERAL PARTS, INC. (a North Carolina Corporation); and DOES 1 through 20, inclusive,<br><br>DEFENDANTS. | **Case No. 3:08-cv-04569-JCS**<br><br>**CLASS ACTION**<br><br>**STIPULATION TO DISMISS CLASS ACTION ALLEGATIONS AND FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** |

Plaintiffs PATRICK WONG and CARLOS SUAREZ and Defendants GOLDEN STATE SUPPLY, INC. and GENERAL PARTS, INC. hereby stipulate as follows:

1.     On November 20, 2008, California Superior Court Judge Jane Johnson granted preliminary approval of a class settlement in *Roland R. Mendez, on behalf of himself and others similarly situated, v. Golden State Supply, Inc. and Does 1 to 50*, Los Angeles Superior Court Case No. BC 379914 (hereafter "Mendez Action"). A true and correct copy of said Court's "Order Granting Preliminary Approval of Class Action Settlement" is attached hereto as Exhibit "A."

2.     The application for preliminary approval of a class settlement in the Mendez Action is made pursuant to a Class Action Settlement Agreement entered into between the parties in the Mendez Action. Said Class Action Settlement releases state and federal wage and hour claims brought by the Mendez Action plaintiff on behalf of himself and similarly situated class members for unpaid regular and overtime hours, minimum wages, rest periods, meal periods, waiting time penalties and accurate wage statements (including California Labor Code sections 200, 203, 204, 218, 226, 226.7, 500, 510, 1197 or PAGA, and the FLSA, 29 U.S.C. section *201, et seq.*). A true and correct copy of said Class action Settlement is attached hereto as Exhibit "B."

3.     Plaintiffs PATRICK WONG and CARLOS SUAREZ have timely opted out of the Mendez Action settlement in order to pursue their claims individually. A true and correct copy of Plaintiff PATRICK WONG'S opt out notice is attached as Exhibit "C" and a true and correct copy of Plaintiff CARLOS SUAREZ' opt out notice is attaches as Exhibit "D."

4. As stipulated by the parties in this action, this Court may allow Plaintiffs PATRICK WONG and CARLOS SUAREZ to file their [proposed] First Amended Complaint, which dismisses all class allegations. A true and correct copy of said [proposed] Amended Complaint as Exhibit "E."

DATED: April 13, 2009    LAW OFFICES OF MALLISON & MARTINEZ

By:  /s/ Hector R. Martinez
    Stan S. Mallison
    Hector R. Martinez
    Attorneys for Plaintiffs

DATED: April 13, 2008    HUNTON & WILLIAMS LLP

By:  /s/ Phillip Eskenazi
    Phillip Eskenazi
    Attorneys for Defendants

IT IS SO ORDERED:

The parties having so stipulated and GOOD CAUSE APPEARING, Plaintiffs PATRICK WONG and CARLOS SUAREZ are hereby allowed to file their [proposed] First Amended Complaint.

Dated: April 13, 2009

_____
The Honorable Joseph C. Spero

-4- Case No. 3:08-cv-04569-JCS

Stipulation to Dismiss Class Allegations; [Proposed] Order Thereon