Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com

Attorneys for Plaintiffs

PHILLIP J. ESKENAZI (CA State Bar No. 158976)
E-Mail: peskenazi@hunton.com
HUNTON & WILLIAMS LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2149; Fax: (213) 312-4769

Attorneys for Defendants
GENERAL PARTS, INC. and GOLDEN STATE SUPPLY LLC

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WONG, and CARLOS SUAREZ, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN STATE SUPPLY, INC. et al.,<br><br>Defendants. | Case No.: C 08-04569 JCS<br><br>**JOINT STATUS REPORT and REQUEST FOR CONTINUANCE OF CMC UNTIL MAY 22, 2009**<br>ORDER<br><br>Date: April 24, 2009<br>Time: 1:30 p.m.<br>Location: Courtroom A, 15th Floor<br>San Francisco |

1

JOINT STATUS REPORT

The parties to the above-entitled action jointly submit this status report and request the Court to adopt it as its Scheduling Order in this case.

The parties have arrived at a settlement in principle to resolve this case. The parties request a continuance of the CMC for 28 days so that the parties can complete the settlement process and for Plaintiffs to submit their request for dismissal of this action.

Dated: April 17, 2009        LAW OFFICES OF MALLISON & MARTINEZ

By:_____/s/_____
  Hector R. Martinez
  Stan S. Mallison
  Attorneys for PLAINTIFF

Dated: April 17, 2009

HUNTON & WILLIAMS LLP
PHILLIP J. ESKENAZI

By:_____/s/_____
  Phillip J. Eskenazi
  Attorneys for Defendants
  GENERAL PARTS, INC. and GOLDEN STATE SUPPLY LLC

Dated: 4/20/9

IT IS HEREBY ORDERED THAT THE case management conference, set for 4/24/9 at 1:30 p.m., has been continued to May 22, 2009, at 1:30 p.m.
IT IS SO ORDERED.

Judge Joseph C. Spero

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 S. Hope Street, Suite 2000, Los Angeles, California 90071.

On April 17, 2009, I served the foregoing document(s) described as **JOINT STATUS REPORT and REQUEST FOR CONTINUANCE OF CMC UNTIL MAY 22, 2009** on the interested parties in this action:

**All parties identified for notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number.**

Stan S. Mallison
Hector R. Martinez
Marco A. Palau
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue, Suite A
Lafayette, CA 94549

*Attorneys for Plaintiffs*

☐ **By FAX:** by causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated above and that the transmission was reported as completed and without error.

☐ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐ **By PERSONAL SERVICE:** I delivered the envelope by hand on the addressee, addressed as stated above.

☐ **By FEDERAL EXPRESS:** by causing same to be delivered via Federal Express to the addressee(s).

☒ **By ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:** Base on a court order or on agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective

1

JOINT STATUS REPORT

e-mail addresses(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2009, Los Angeles, California.

_____
ROXANA GUEVARA

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On April 17, 2009, I served the foregoing document(s) described as **JOINT STATUS REPORT and REQUEST FOR CONTINUANCE OF CMC UNTIL MAY 22, 2009** on the interested parties in this action:

> **Marco Palau**
> Law Offices of Mallison & Martinez
> 1042 Brown Avenue
> Suite A
> Lafayette, CA 94549

☐ **By FAX:** by causing a true copy thereof to be sent via facsimile to the attorney(s) of record at the telecopier number(s) so indicated above and that the transmission was reported as completed and without error.

☒ **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

☐ **By PERSONAL SERVICE:** I delivered the envelope by hand on the addressee, addressed as stated above.

☐ **By FEDERAL EXPRESS:** by causing same to be delivered via Federal Express to the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 17, 2009, Los Angeles, California.

_ROXANA GUEVARA_

64420.000006 EMF_US 27133171v1