HUNTON & WILLIAMS LLP
PHILLIP J. ESKENAZI (State Bar No. 158976)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020
E-mail: peskenazi@hunton.com

Attorneys for Defendants
GENERAL PARTS, INC. and
GOLDEN STATE SUPPLY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WONG and CARLOS SUAREZ, individually and on behalf of class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE SUPPLY, INC. (a California Corporation); GENERAL PARTS, INC. (a North Carolina Corporation); and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:08-CV-04569-JCS<br><br>[Hon. Joseph C. Spero]<br><br>**REQUEST OF DEFENDANTS GENERAL PARTS, INC. AND GOLDEN STATE SUPPLY, LLC TO APPEAR TELEPHONICALLY AT THE APRIL 24, 2009 CASE MANAGEMENT CONFERENCE**<br><br>DATE: April 24, 2009<br>TIME: 1:30 p.m.<br>CTRM.: A, 15th Floor<br>San Francisco |

<div style="margin-left: 2em;">Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627</div>

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:

3       Should this Court not grant the parties' requested continuance of the Case
4  Management Conference currently set for hearing on April 24, 2009 at 1:30 p.m., in
5  Courtroom A ("CMC"), Defendants General Parts, Inc. and Golden State Supply,
6  LLC ("Defendants"), hereby respectfully request that the Court enter an Order
7  authorizing Defendants' counsel, Phillip J. Eskenazi, to appear telephonically at the
8  CMC, for the reasons stated below:

9      1.    On April 13, 2009, this Court dismissed the class claims herein pursuant
10 to the parties' stipulation. The parties have since reached a settlement in principle with
11 respect to the remaining individual claims. Thus, this case is essentially resolved.

12     2.    In the interest of justice and economy, Defendants hereby request that the
13 Court excuse their counsel's personal appearance at the CMC and that he be allowed to
14 appear telephonically from Los Angeles, California to eliminate any unnecessary
15 expense and undue hardship required by travel to San Francisco, California.

16     3.    At the Court's convenience, Counsel for Defendants can call the Court,
17 or the Court may call Mr. Eskenazi at (213) 532-2149, on the day of the CMC.

18

19     **WHEREFORE**, should the CMC not be continued as requested, Defendants
20 respectfully request that this Request for Telephonic Appearance be granted, that
21 Defendants' counsel's personal appearance at the CMC be excused, and that he be
22 allowed to enter an appearance at the hearing on behalf of Defendants by telephone.

23
24 DATED: April 17, 2009              HUNTON & WILLIAMS LLP
25 Dated: 4/20/09
26 IT IS HEREBY ORDERED
27 that the request is DENIED                P. J. ESKENAZI
   as moot.                                        Attorneys for Defendants
28                                                  GENERAL PARTS, INC. and
                                                    GOLDEN STATE SUPPLY, LLC



(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)

1

REQUEST OF DEFENDANTS GENERAL PARTS, INC. AND GOLDEN STATE SUPPLY, LLC TO APPEAR
TELEPHONICALLY AT THE APRIL 24, 2009 FURTHER CASE MANAGEMENT CONFERENCE