Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426
StanM@MallisonLaw.com
HectorM@MallisonLaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK WONG, and CARLOS SUAREZ, individually,

     Plaintiffs,

 vs.

GOLDEN STATE SUPPLY, INC. (a California Corporation); GENERAL PARTS, INC. (a Northern Carolina Corporation); and DOES 1 through 20, inclusive,

     Defendants.

Case No.: C 08-04569 JCS

**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE**

Plaintiff PATRICK WONG's and Plaintiff CARLOS SUAREZ' NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL came before this Court on May 15, 2009.

Having duly considered such notice of settlement and request for dismissal with prejudice by Plaintiff PATRICK WONG and Plaintiff CARLOS SUAREZ, good cause having been shown from said notice and request, and records in the file,

**IT IS HEREBY ORDERED** that Plaintiff PATRICK WONG's and Plaintiff CARLOS SUAREZ' complaint, and claims therein, be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: __May 18__, 2009

Hon. Jos___
United S___

*[Signature: Judge Joseph C. Spero — United States District Court, Northern District of California seal]*